RECEIVED
SDNY PRO SE OFFICE
2017 MAY -4 PM 2:23

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THOMAS KRAEMER

plaintiff,

-against-

NYPD
-----------------------------------------------------------x

JURY TRIAL

# 17CV3347

I declare under penalty of perjury that the foregoing is true and correct.

Signed:

THOMAS KRAEMER  *[signature]*                DATE: 04.27.2017

Thomas Kraemer
Pro Se Plaintiff
145 West 71 Street Apartment 8G1
New York, NY 10023
T: 212.420.0100
E: kraemer.tom@gmail.com

Re: violations of 18 U.S.C. §1958, 18 U.S.C. §1959, 42 U.S.C. § 1985 (2) (3) First Amendment, and the Equal Protection Clause.

Links to the complaint and corresponding exhibits can be found here:
http://live-documentation-esemplastic.pantheonsite.io/node/175
It contains hyperlinks to all supporting exhibits largely prima facie documentation that go to proving the allegations.

**2nd Cir. Local Rules R. 25.1(i) (i) Hyperlinks.** A document filed under this rule may contain hyperlinks to (i) other portions of the same document or to other documents filed on appeal; (ii) documents filed in the lower court or agency from which the record on appeal is generated; and (iii) statutes, rules, regulations, and opinions. A hyperlink to a cited authority does not replace standard citation format.

DEFENDANT

New York City Police Department
1 Police Plaza Path
New York, NY 10007

STATEMENT OF JURISDICTION AND VENUE

1. Specifically, the plaintiff's claims against the defendants arise under violations of 18 U.S.C. §1958, 18 U.S.C. §1959, 42 U.S.C. § 1985 (2) (3) First Amendment, and the Equal Protection Clause.

2. Jurisdiction is proper in the United States District Court for the Southern District of New York under 28 U.S.C. § 1331, federal question jurisdiction. Controversy is between entities and individuals of the State of New York and Commonwealth of Pennsylvania The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

INTRODUCTION

3. The following goes to support the allegation of my attempted murder in my apartment located: 145 West 71 Street Apartment 8G1 New York, NY 10023 by my landlord and management company Majestic Realty Corp., in collaboration with the NYPD. The allegation is consistent with the current implications of 16-CRIM-468 U.S. v. Grant / Harrington: The NYPD subverting equal protection in favor of the (Jewish) community connected with the real estate industry.

4. In this case, the NYPD received a fabricated information manufactured by the Northampton County Police in Easton Pennsylvania. The NYPD allegedly used this information as an excuse to subvert equal protection allowing my landlord to repeatedly vent extreme levels of toxic fumes into 8G1 between 02/10/2014 — 03/04/2014 attempting to murder me.

5. The NYPD in furtherance of the landlord's attempted murder erased each of my visits from the NYPD database (2013/2014) including my report to their detective's office at the 20th precinct located at 120 W 82nd St, New York. The detective handed me a carbon copy of his report over the banister from I believe his third-floor office.  Each time I complained to the NYPD about toxic fumes being deliberately vented in 8G1— first detected 05/18/2013 coming out my air conditioner—their reply was come back and see us again if the landlord does it again. On or

about 05/25/2013 two NYPD officers a sergeant and a lieutenant defined what I described as "definitely assault" and likely attempted murder.

**01/08/2014:** The fabricated information manufactured by the Northampton County Police was initiated on or about 01/08/2014 the same time as HPD 6294/13 inspection of Apt 8G1 in New York.

**6. The fabricated information manufactured by the Northampton County Police.** My daughter Emilie L. Kraemer of Easton Pennsylvania was highly likely raped on or about 01/08/2014 arranged by her guardian Lisa Spitale in collaboration with the Northampton County Police. They used this criminal event to redirect attention from federal judge nominee Ed Smith just before 01/16/2014 when the Senate Judiciary approved Edward Smith to U.S. District Court For The Eastern District. Judge Smith and Emilie's grandfather attorney Raymond DeRaymond have a **substantial history** of covering up Emilie's injuries and in one case (03/23/2012) used the court to deliberately arrange for Emilie's coercion via torture in collaboration with her guardian Lisa Spitale.

7. See federal complaint: **http://live-documentation-esemplastic.pantheonsite.io/node/148** Complaint | SDNY | RE: The Northampton County Court of Common Pleas of Pennsylvania Trafficking Business

**01/08/2014:** Emilie was attacked—highly likely raped before I saw her for my 01/10/2014 weekend visitation.

**01/10/2014:** I saw my daughter for the weekend she did not say anything about being attacked at a private residence while with Lehigh Transition Services and I noticed
**Saturday** 01/11/2014 she did not look at all well. **Sunday** 01/12/2014 I noticed she was stacking mounds of wet toilet paper behind the toilet. **Monday** 01/13/2014 I called her federal educational guardian ad litem Shannon Moore and insisted Emilie see an MD after her mother Amy DeRaymond refused. Shanon Moore contacted Northampton County guardian Lisa Spitale and she took Emilie to Dr. Hernadez MD.
**01/13/2014:** Monday I insisted Emilie see an MD in e-mail to Shannon Moore <msm@gsscd.com, civilrights@attorneygeneral.gov. Shanon Moore brought in guardian Lisa Spitale. (Ms. Spitale was responsible for Emilie's torture (burns) 07/16/2012 until at least 08/06/2012 via permission from Judge Ed Smith). Ms. Spitale after taking Emilie to a doctor refused to share the Doctor's report (Dr. Hernandez's report) with me.

8. Dr. Hernandez is associated with my daughter's attempted murder 2013—which cannot be disproved, however, remains un-charged or acknowledged. That is, Ms. Spitale instead of taking Emilie to her regular doctor—Dr.Baily took Emilie to Dr. Hernandez.

9. Emilie's mother Amy DeRaymond is responsible for my daughter's attempted murder in 2013. Dr. Hernadez MD, DermOne, Shannon Moore, Lisa Spitale and Lehigh Transition Services are responsible for knowingly contributing her attempted murder.

**01/16/2014: Senate Judiciary approved Edward Smith to U.S. District Court For The Eastern District.**

**01/17/2014**: Me to federal educational guardian ad litem Shanon Moore: "Ms. Moore, My daughter is unable to tell me who she is having lunch with and when I ask she is made uncomfortable to tell. That said, who is she with? Thomas Kraemer"

**01/17/2014:** "She is with Jenny Cesar who Emilie has been with the entire week with the exception of Thursday." **(e.g. 01/16/2014)**

**01/20/2014:** My daughter told me they (Dr. Hernadez, Lisa Spitale and Amy DeRaymond *"called the police a little bit"* from Dr. Herandaez office. That is, Lisa Spitale calling the Northampton police a "little bit" in connection to a doctors visit I requested and refused to share the medical report with me almost certainly arrived in the State of NY and NYPD as something I did.

**01/29-31/2014:** Emilie was hospitalized—presumably for telling me about calling the "*the police a little bit"*. Nether guardian or Emilie mother's told me of Emilie's hospitalization—I found out by backing up Emilie's cell phone for her.

**02/10/2014:** HPD 6294/13 repairs of Apt 8G1 in New York are completed. I am unable to fully move back into 8G1. Each time I attempted to move back in extreme leaves of toxic fumes are vented into 8G1. I initially gave the landlord the benefit of the doubt blaming it undried floor varnish to the HPD judge. This was not true. Long after the varnish was dry I was able to enter 8G1 and detect no order—the pattern was consistent fumes were vented into 8G1 only after I entered it.

**02/17/2014:** on or about I complained the NYPD and they suggested I call the fire department and come back and see the again if the landlord does it again.

**02/19/2014:** 6:12 AM my newly installed infrared camera captured toxic fumes coming from the floor of my bedroom. 2:00 PM EMT's (after I called the fire department) refused to enter 8G1 due to the overwhelming fumes coming from it.

10. See federal complaint: **http://live-documentation-esemplastic.pantheonsite.io/node/165** Complaint | SDNY | Judge Wendt, Majestic Realty Corporation: Attorney Christopher Duval, Alan Orgel

**02/25/2014:** Was worse than 02/19/2014 and became very ill from exposure.

**03/04/2014:** DHCR refused to inspect 8G1 citing it was too hazardous to inspect.
**01/23/2014** Northampton County guardian Lisa Spitale is refusing share Dr. Xequiel Hernandez's medical report with me. Email To: Shannon Moore <msm@gsscd.com, civilrights@attorneygeneral.gov: "Emmy continues to contend some altercation between her and the spin employee. And, she has stated that the doctor **"called the police a little bit"**....
**03/07/2014**: I submitted civil housing complaint *Kraemer v. Majestic* CV-007108/14 (Emilie is a co-tenant of 8G1)
**03/26/2014**: **Judge Ed Smith voted in as a federal judge**.
**03/26/2014:** Service filing New York County Civil Court Kraemer v. Majestic CV-007108/14
**03/27/2014**: **Emilie was overdosed—a strong departure from what they were imposing upon Emilie**.
**05/16/2014:** SDNY Federal housing court filing *Kraemer v. Majestic* 14-cv-3804

**05/16/2014:** 14-cv-3804 Exhibit L was tampered with by an SDNY federal law clerk separating the last two pages from the index page making it impossible to properly connect the two. The last two pages of exhibit L contained unique information the other 40 exhibits for 14-cv-3804 did not contain. Namely the unresolved issue of my daughter suddenly starting to wet herself during elementary school in 2000—a sign of sexual assault.

**05/19/2014**: Federal guardian Shannon Moore announced she would be stepping down as guardian due to a new job. She was responsible for retaining Lehigh Transition Services, allowing them to traffic Emilie in parking lots, private residences, caused scabies from trafficking and deliberately allowed Norwegian Scabies to form.

**05/21/2014**: **Conference notice** | **Federal Judge Tim Rice**: email *E.K., et al. v Easton Area School District* #06-CV-3592. scheduled chamber conference to replace Ms. Moore.

**05/25/2014**: **Overdose quantities** | Sunday | Amy DeRaymond filled a quadruple dosage of Risperidone—126 tablets. Emilie was overdosed highly likely until she convulsed and was not treated for her convulsions. Preventing/impairing Emilie's testimony in the SDNY and before the guardian's meeting with Judge Rice.

11. Impairing Emilie's ability to testify in the SDNY for 14-cv-3804 a violation of 18 U.S.C. § 1512.

**05/30/2014**: **Conference** | **Federal Judge Tim Rice**: Amy DeRaymond and guardians Lisa Spitale, Shannon Moore were in attendance. Emilie was not listed on the invitation. I did not attend.

**05/30/2014: Fried Frank meeting. Picking up a check after suing them for non payment of services for the design of their engagement materials:** A (male) attorney had the keen awareness to point out I was missing Judge Rice's conference that appointed Lisa Spitale as guardian: Attorney "Are you not supposed to be at this conference with Judge Rice?" Me to blond female attorney white collar criminal attorney also present I asked: would you recommend a client to go before a federal judge he sued? .
12. Lisa Spitale was Judge Smith's 2011 appointee who had Emilie tortured on Judge Smith's behalf 2012 after he signed her petition from a least 07/16/2012 to 08/06/2012. Lisa Spitale then facilitated Emilie's attempted murder 2013 along with Amy DeRaymond. 2014 Judge Rice refused to recuse himself from *E.K., et al. v Easton Area School District* #06-CV-3592 retaining the case. 05/30/2014 he appointed Lisa Spitale federal educational guardian ad litem. This was insurance to bottle up the fraud that occurred in Dr. Herzanadez's office ("called the police a little bit") on or about 01/13/2014 while Emilie was a witness for 14-cv-3804 in the SDNY.
13. It takes little to understand that when Lisa Spitale refused to share Dr. Hernandez's 01/13/2014 medical report with me for a doctor's appointment I requested that it must have slandered me somehow **and just before the 01/16/2014 Senate's federal judge vote that appointed judge Smith.**

14. By bringing this too light ANY reasonable person can see exactly what these criminally corrupt individuals did including a host of legal opportunists who lined up for a payday to help

maintain their fraud protecting judge Ed Smith.

15. As federal educational guardian ad litem Lisa Spitale was responsible for Emilie's overdosing during federal proceedings 14-cv-3804, and U.S. appeal 14-2221. She was also responsible for Emilie's kidnapping during the appellate proceeding attempting my extortion to drop 14-2221 by moving back to PA via a one-way ticket provided me by them. If I complied they would have Emilie waiting at the bus stop for me. i.e., the hostage they already brain-damaged via overdose as part of her captivity.

16. See federal complaint:  **http://live-documentation-esemplastic.pantheonsite.io/node/148**
Complaint | SDNY | RE: The Northampton County Court of Common Pleas of Pennsylvania Trafficking Business.

ERASING HISTORY —PROOF.

17. The NYPD have facilitated my attempted murder and are directly involved in disrupting my business in what amounts to a slow murder. And for good reason I am the only person alive that has maintained an accurate accounting of my daughter's injures and report about Judge Ed Smith. No one else has this. What has been going on is the deliberate erosion of my data pools, storage sites including computer theft.
1. Theft: Apple Computer Corp The of Mac Pro Tower: UPeer West Side Apple Store.
2. Theft 15" mac pro laptop  highly likely responsible NYPD 10 precinct
**3. Theft: 2017 13" mac pro laptop  04/26/2017. On it was my first draft of this complaint.**
4. Terabyte backup drive corrupted.
5. Google storage accounts: tampering.

2013: Storage facility in Phillpsburgh NJ. closed after the NYPD put me out of business as
I could longer keep up with the monthly payments.

18. All of these things were designed to look like accidents and all of them are far removed from my normal behavior—I don't loose things—I was in business for 20 years—a very steady predicable business until it became necessary to protect Judge Edward Smith from his past.

2015: Housing Court Judge Wendt (Case#79433/14) would not let me retrieve any of my back-up data stored in my apartment. What was the purpose of that? How has he not been impeached given the record I have presented remains a mystery to me. What purpose did judge Wendt

fulfill by ignoring Judge Hann's order on 02/05/2015 and ordering that I pay back an illegal rent when then landlord owed me over $300,000 in rent overcharges.

19. Amy DeRaymond and Lisa Spitale have already brain damaged my daughter 2014 to prevent her from accounting what she knew and they already attempted her murder 2013. The US attorney's ombudsman's office has had very odd reaction to my asking for protection from extremely obvious criminal activity by the Northampton County Police for my daughter and NYPD for myself. Seems like this is no ones area except mine and Emilie's.

20. **ALL of Emilie's medical history concerning injures from assault have been erased by medical audit:** Burns, head injuries that include stitches, bruises, locking her in closets— egregious violence done to her has been erased by Pennsylvania Medical auditor Hugh Smith Ph.D and Associates for **2007** and then **2009** just before she graduated— e.g. all of the injures she sustained around Judge Ed Smith, Ray DeRaymond, Easton Area High School and Lehigh Transition Services. Who does that benefit?

21. **The United States needs to do a little soul searching it seems** —did it really want to appoint a federal judge who engages in this kind of behavior so much it would attempt to murder innocent US citizens over it? That is the current case.

22. My data needs to be protected and I need a laptop from the SDNY so that I can continue to file as accurately as possible without further interference, delay or tampering by the NYPD, law firms, and other interested third parties.

23. Dangling me out on the street without resolving a very simple overcharge case for my apartment— who 's idea could that be I wonder?

RELIEF

1. Protection for my daughter Emilie L. Kraemer who so obviously needs it —its disturbing I have to ask for it.
2. Protection for my daughter Emilie L. Kraemer and myself from Federal Judge Edward Smith of the Third Circuit.

3. Protection for my daughter Emilie L. Kraemer and myself from the Northampton County Court of Common Pleas.

4. Protection for my daughter Emilie L. Kraemer from her Mother Amy DeRaymond, Northampton County Police department, Lisa Spitale (just think opposite land anyone entrusted with a duty to protect are the individuals and entities in this case who have inflected the most harm)

5. Protection from the NYPD including continued violations of my first amendment rights. My allegations are well supported: *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964).

6. Protection from the NYPD, and Northampton County Police and Lisa Spitale from the invention of innuendo and slander.

7. This includes the sending of various and sundry oddballs to sit in my proximity and cough and make noise when I make entires adverse to their slander and marketing goals.

8. Protection of my privacy apparently because of the slander arising out Northampton County I have no privacy. My accounts have been hacked since 2012. Whatever warrant there is that allows for that needs to be: (a) brought forward for my review and (b) stopped at once.

9. A laptop computer loaned for the SDNY so that I may continue to file without obstruction. One of the things asked upon federal appeal is if one has access to qualified equipment to be able to make reasonable filing and make due dates. I continue to be deliberately comprised in that area via theft of my computers.

10. A temporary storage facility to be supplied by the SDNY and or the U.S. Court of Appeals for the Second Circuit as the issues I am raising a far too important to be let in my hands *only*— currently thrown to the curb allowing these adverse parties to invoke whatever havoc they can until the inevitable occurs loss of VERY IMPORTANT DATA.

Signed: *[signature]*
Thomas Kraemer